Priority  
Send ✓  
Enter ✓  
Closed ___  
JS-5/JS-6 ___  
JS-2/JS-3 ___  
Scan Only ___

FILED  
CLERK, U.S. DISTRICT COURT  
APR 15 2008  
CENTRAL DISTRICT OF CALIFORNIA  
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CYRUS MALOO, | CASE NO. CV 07-7609-ABC (PJW) |
| Petitioner, | |
| v. | ORDER ACCEPTING REPORT AND ADOPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |
| BRUNO STOLC, WARDEN, | |
| Respondent. | |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, the records on file, and the Report and Recommendation of United States Magistrate Judge and has considered *de novo* the portions of the Report as to which objections have been filed. The Court accepts the Magistrate Judge's Report and adopts it as its own findings and conclusions.

DATED: 4/15/08 .

_____  
AUDREY B. COLLINS  
UNITED STATES DISTRICT JUDGE

S:\PJW\Cases-State Habeas\MALOO, C 7609\Order accep r&r.wpd