Priority ___
Send ✓
Enter ✓
Closed ✓
JS-5/JS-6 ___
JS-2/JS-3 ___
Scan Only ___

FILED
CLERK, U.S. DISTRICT COURT
APR 15 2008
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CYRUS MALOO,<br><br>        Petitioner,<br><br>        v.<br><br>BRUNO STOLC, WARDEN<br><br>        Respondent. | Case No. CV 07-7609-ABC (PJW)<br><br>J U D G M E N T |

    Pursuant to the Order Adopting Findings, Conclusions, and Recommendations of United States Magistrate Judge,

    IT IS ADJUDGED that the Petition is denied and this action is dismissed without prejudice.

DATED: _____4/10/08_____.

AUDREY B. COLLINS
UNITED STATES DISTRICT JUDGE

S:\PJW\Cases-State Habeas\MALOO, C 7609\Judgment.wpd